CORRECTED OPINION

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6604

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LEROY NANCE,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Charles H. Haden II, Chief District Judge. (CR-89-101, CA-97-404-3)

Submitted: October 21, 1999       Decided: October 27, 1999
         Corrected Opinion Filed: January 19, 2000

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Leroy Nance, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

CORRECTION:   FOOTNOTE ADDED

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Leroy Nance seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>United States v. Nance</u>, Nos. CR-89-101; CA-97-404-3 (S.D.W. Va. Mar. 25, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We previously dismissed this appeal, stating that the district court had adopted the recommendation of the magistrate judge. This was an incorrect statement which we acknowledge with this opinion. The result, however, remains the same, and we vacate our earlier decision which was filed October 27, 1999 and reinstate the same as written above.